**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

|  |  |
|---|---|
| Brenda Lister | § |
| | § |
| | § |
| | § |
| | § |
| *versus* | § |
| | § |
| | § |
| Southwest LTC-Gulf Healthcare, Ltd. | § |
| | § |
| | § |

**ACTION NUMBER:**

4:20-cv-00166

**ABSTRACT OF JUDGMENT**

| | |
|---|---|
| Date of Judgment Entered: | 02/01/2019 |
| Judgment in Favor of: | **Brenda Lister** |
| Judgment Against: | Southwest LTC-Gulf Healthcare, Ltd., d/b/a Gulf Healthcare Center-Texas City |
| Amount of Judgment: | $ 504,602.82 |
| Amount of Costs: | $ 0 |
| Rate of Interest: | % 5 |
| Amount of Credits Since Judgment: | $   0 |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

CLERK OF COURT    DAVID J. BRADLEY

DATED:_____SEP - 8 2020_____    By:_____

Deputy Clerk

*O:Houforms/Forms-Web*